IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **YOLANDA STILLWELL-WILLIAMS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. **3:23-CV-1169-L-BN** |
| | § | |
| **HARVEY ARCHITECTURAL DESIGN & INSTALLATION LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On May 25, 2023, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 5) was entered, recommending that the court dismiss without prejudice this action for lack of subject matter jurisdiction based on either diversity of citizenship or federal question jurisdiction. No objections to the Report were received as of the date of this order, and the time to object has passed.

Having considered the pleadings, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action for lack of subject matter jurisdiction.

**It is so ordered** this 21st day of July, 2023.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**